# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SIMEON ROBINSON : CIVIL ACTION
:
v. :
: No. 07-1390
BARBARA PORGES, et al. :

## ORDER

AND NOW, this 29th day of January, 2010, upon consideration of defendants' Motions to Dismiss and/or for Summary Judgment, and plaintiff's responses thereto, the Court concludes that it lacks subject matter jurisdiction over the present case. Accordingly, it is hereby ORDERED that:

1. Defendants' Motions to Dismiss and/or for Summary Judgment (Docs. 21, 22, 26, 27, 32, 54, 55, 82, 95, 96) are GRANTED;

2. Defendant Barbara Porges's Motion to Set Aside Entry of Default (Doc. 84) is GRANTED;

3. Plaintiff's Amended Complaint (Doc. 18) is DISMISSED; and

4. The Clerk shall mark the case as CLOSED.

BY THE COURT

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.